**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br>JAMES LOWREY, individually and in his capacity as general partner of Turtle Cay Partners, in his capacity as personal representative of the Estate of Marianne Lowey, and in his capacity as successor partner of Coldbrook Associates Partnership, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-04387 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK  )

I, Angeline Chan, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On August 11, 2017, I served the ***Trustee's Motion for Summary Judgment, Memorandum of Law in support of Trustee's Motion for Summary Judgment, Declaration of Keith R. Murphy in support of Trustee's Motion for Summary Judgment and exhibits thereto and Proposed Order*** by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

*/s/ Angeline Chan*  
Angeline Chan

Sworn to before me this  
11th day of August, 2017

*/s/ Marianne Warnock*  
Notary Public  
Marianne Warnock  
Notary Public, State of New York  
No. 01WA6067642  
Qualified in Nassau County  
Commission Expires: December 10, 2017

## SCHEDULE A

**Defendant Counsel**

Laura K. Clinton
Richard A. Kirby
Baker & McKenzie LLP
Email: laura.clinton@bakermckenzie.com
Email: Richard.Kirby@bakermckenzie.com
Attorney For: Coldbrook Associates Partnership, individually and in its capacity as general partner of Turtle Cay Partners, James Lowrey, individually, in his capacity as general partner of Turtle Cay Partners, in his capacity as personal representative of the Estate of Marianne Lowrey, in his capacity as trustee for the Marianne B. Lowrey Trust, and in his capacity as successor partner of Coldbrook Associates Partnership, The Estate of Marianne Lowrey, Turtle Cay Partners